

12/30/2020
Okay.

*[signature: Colleen McMahon]*

December 30, 2020

VIA ECF

Hon. Chief Judge Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street,
New York, New York 10007-1312

Re:   *Wallace Church & Co., Inc. et. al. v. WyattZier, LLC et. al.*
      Case No.: 1:20-cv-01914-CM

Dear Chief Judge McMahon:

This firm represents Plaintiffs Wallace Church & Co., Inc. and Stan Church in the above-referenced action. Plaintiffs submit this letter motion in accordance with your Individual Practice and Procedures for the purpose of respectfully requesting an extension of time to file an Opposition to Plaintiff's Motion for Judgment on the Pleadings from January 4, 2021 to February 4, 2021.

This request is the first request for a motion response extension in connection with the Motion for Judgment on the Pleadings. I am requesting an extension of time in order to ensure adequate time to review the salient facts and to confer with the client prior to responding to the Motion.

Defendants' Counsel has consented to the extension.

Counsel for Plaintiffs would be pleased to answer any questions you may have regarding this request.

Respectfully submitted,

*[signature]*

Anna Karin F. Manalaysay

200 Park Avenue, Suite 1700, New York, NY 10166 ■ Phone: (646) 632-3703 ■ Fax: (212) 682-0278 ■ www.adrianllc.com