USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WALLACE CHURCH & CO. INC, *et al.*,

          Plaintiffs,

   -v-

WYATTZIER, LLC, *et al.*,

          Defendants.
------------------------------------------------------------X

**ORDER**

20-CV-1914 (CM) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    The Court held a conference yesterday to resolve Plaintiffs' letter-motions regarding certain discovery disputes (Dkt. Nos. 51 & 52). Plaintiffs' letter-motion (Dkt. No. 51) is granted to the extent that Defendants shall make supplemental productions in accordance with the deadlines listed below. Plaintiffs' supplemental letter-motion (Dkt. No. 52) is denied as moot given that it involves discovery disputes with a third-party that are not properly before the Court (as plaintiffs acknowledged in their letter-motion).

    As discussed at the conference, the parties shall proceed with discovery as follows:

1. Defendants shall produce the "missing pages and attachments" (as defined by Dkt. No. 51 at 3) by **5:00 p.m. on June 24, 2021**.

2. Defendants shall produce the "missing information" (as defined by Dkt. No. 51 at 3–5) by **5:00 p.m. on June 30, 2021**.

3. The parties shall exchange privilege logs by **5:00 p.m. on July 7, 2021**.

4. All remaining document production (including negotiation over search terms and production of any additional electronic discovery) shall be completed by **July 16, 2021**.

5. All fact discovery, including all remaining depositions, shall be completed by **August 27, 2021**. Within one week following the conclusion of discovery, the parties are to provide a status report to Judge McMahon, and to propose a schedule for the submission of any dispositive motions and/or pretrial materials.

Separately, as discussed, the parties are directed to submit a joint letter to the Court by **June 30, 2021** stating whether they wish to participate in a settlement conference with the undersigned or alternatively be referred to the Court's mediation program.

**SO ORDERED.**

Dated: June 24, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge